Helen M. PETERSON, Kaye Peterson, Alan Peterson, William Peterson, Linda Peterson, Pamela Peterson and Julia Dupuis, Plaintiffs-Appellees and Cross-Appellants,

v.

Danny Lloyd HARVILLE, Len Gabrielson, Grant S. Kesler, Stephen Morgan, Ford G. Scalley and Larry V. Lunt, a Professional Corporation, Defendants,

and

Grant S. Kesler, an individual, Stephen W. Wade, Richard V. Francis, Bruce V. Broadhead, and Leon Peterson, Defendants-Appellants and Cross-Appellees.

Nos. 78–2051, 78–2080.

United States Court of Appeals, Ninth Circuit.

July 18, 1980.

Robert E. Maloney, Jr., John M. Berman, Dezendorf, Spears, Lubersky & Campbell, Portland, Or. (on brief), John M. Berman, Portland, Or. (argued), for Kesler.

Gerald R. Pullen, Portland, Or., for Peterson.

Before SNEED and NELSON, Circuit Judges, and GRAY *, District Judge.

After a review of the record in this case, we affirm the judgment of the district court on the grounds stated in its opinion. *Peterson v. Harville*, 445 F.Supp. 16 (D. Or. 1977).